IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

GEORGE GIBBS, V, Executor of the Estate of )
Jonathan J. Gibbs, deceased, )
)
Plaintiff, )
v. ) CASE NO. 3:04-0013
VERTEX AEROSPACE, L.L.C., formerly ) JUDGE: ROBERT C. CHAMBERS
known as RAYTHEON AEROSPACE, L.L.C., )
a Delaware Limited Liability Company, and )
STRUCTURAL MODIFICATION AND REPAIR )
TECHNICIANS, INC., doing business as )
S.M.A.R.T., INC., a Florida corporation, )
)
Defendants. )

ENTERED
MAY 10 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

## ORDER

The parties, by their respective counsel, advised the Court that all matters in dispute had been resolved and they moved jointly that this matter be dismissed with prejudice, each party to bear its own costs. The Court after reviewing these representations of counsel, concluded that this motion should be granted. Accordingly, it is hereby

ORDERED that this matter is dismissed with prejudice, each party to bear its own costs, and the Clerk is directed to strike it from the active docket of this Court.

It is further ORDERED that all costs having been paid, the Clerk is directed to refund to counsel for Plaintiff the $100.00 cash bond heretofore posted.

ENTERED this _____ day of _May_____, 2005.

_____
ROBERT C. CHAMBERS, U.S. DISTRICT JUDGE

APPROVED:

_____
William D. Levine (WV Bar # 2190)
ST CLAIR & LEVINE
717 Sixth Avenue
Huntington, West Virginia  25701
*Counsel for Plaintiffs*

_____
Daniel J. Konrad, Esquire
Huddleston, Bolen, Beatty, Porter & Copen
Post Office Box 2185
Huntington, West Virginia 25722
*Counsel for Defendants*